466 A.2d 1346

**Lou J. D'IORIO, Appellant**

v.

**Frank T. HAZEL, Esquire, District Attorney of Delaware County, and the County of Delaware.**

Supreme Court of Pennsylvania.

Argued Oct. 26, 1983.

Decided Nov. 4, 1983.

John M. Gallagher, Jr., Media, for appellant.

Robert A. Graci, Sandra L. Elias, Asst. Dist. Attys., Harry J. Bradley, Asst. County Sol., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM:

Order Affirmed.